## NORTH PROVIDENCE RESIDENTS FOR LEGAL REFORM

v.

## NORTH PROVIDENCE TOWN COUNCIL et al.

### No. 85–422–M.P.

Supreme Court of Rhode Island.
Nov. 14, 1985.

Steven H. Orabone, Quinn Cuzzone & Geremia, Providence, for plaintiff.

Robert S. Ciresi, North Providence, for defendants.

## ORDER

The petition for writ of mandamus or in the alternative for writ of certiorari is denied.

■

## SANDWICH BOARD DELI, INC.

v.

## Herbert ROMMEL et al.

### No. 85–305–M.P.

Supreme Court of Rhode Island.
Nov. 14, 1985.

Joseph R. Palumbo, Jr., Neil P. Galvin, Palumbo Galvin & Boyle, Middletown, for petitioner.

Turner C. Scott, Kelly & Scott, Stephen A. Haire, Moore Virgadamo & Lynch, Ltd., Newport, for respondents.

## ORDER

The petition for writ of certiorari is denied.

■

## Avelino TOMAZ

v.

## ITT ROYAL ELECTRIC.

### No. 85–348–M.P.

Supreme Court of Rhode Island.
Nov. 14, 1985.

Raul L. Lovett, Lovett, Morgera, Scheffrin & Gallogly, Ltd., Providence, for petitioner.

Gerard S. Lobosco, Providence, for respondent.

## ORDER

The petition for writ of certiorari and petitioner's motion for stay are both denied.